IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA ROLAND STAFFORD,<br><br>              Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br><br>              Defendant. | CIVIL ACTION<br>NO. 14-4863 |

## **ORDER**

**AND NOW**, this 28th day of July 2016, upon consideration of the Report and Recommendation filed by Chief United States Magistrate Judge Linda K. Caracappa (Doc. No. 13), Plaintiff's Objections to the Report and Recommendation (Doc. No. 17), and Defendant's Response to Plaintiff's Objections (Doc. No. 18), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Objections to the Report and Recommendation (Doc. No. 17) are **OVERRULED**.

2. The Report and Recommendation (Doc. No. 13) is **APPROVED AND ADOPTED**.

3. Judgment is entered in favor of Defendant and against Plaintiff.

4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.